```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

_____   :
                                 :
CANON BUSINESS SOLUTIONS-EAST,   :   HONORABLE RENÉE MARIE BUMB
                                 :
         Plaintiff,              :   Civil No. 05-2031 (RMB)
                                 :
         v.                      :   **ORDER**
                                 :
EMENETE, INC.,                   :
                                 :
         Defendant.              :
_____   :

THIS MATTER having been brought before the Court pursuant to Rule 72(b), Fed. R. Civ. P.; and it appearing that on January 29, 2007, United States Magistrate Judge Joel Schneider filed a Report and Recommendation in this case; and Plaintiff having been given opportunity to respond or otherwise object to this Report and Recommendation by February 13, 2007; and no objections having been received as of today's date; and it appearing after review that this Court should adopt the Report and Recommendation without modification;

IT IS on this **14th** day of **February** 2007, hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation is hereby adopted and entered, and the Complaint is **DISMISSED** with prejudice and without costs.

                              s/Renée Marie Bumb
                              RENÉE MARIE BUMB
                              United States District Judge